UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT VETERANS LEGAL CENTER and STRONGHOLD FREEDOM FOUNDATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>    *Defendants*. | Case No. 3:23-CV-00408-KAD<br><br><br>June 22, 2023 |

### JOINT PROPOSED SCHEDULING ORDER

This is a Freedom of Information Act ("FOIA") case brought under 5 U.S.C. § 552. On April 3, 2023, Plaintiffs Connecticut Veterans Legal Center ("CVLC") and Stronghold Freedom Foundation ("SFF") filed a complaint against Defendant Department of Defense ("DoD"). *See* ECF 1. On May 19, 2023, Defendant filed an Answer and Affirmative Defenses motion. ECF 21. The parties met and conferred telephonically on June 9, 2023 and subsequently over email, and propose a scheduling order as follows:

1. Defendant will produce any responsive, non-exempt records to Plaintiffs on a rolling basis as soon as the records are available for production, but no later than the following dates:

   a. *First Production:* July 31.

   b. *Second Production:* August 31.

   c. *Final Production*: September 30.

2. Within 15 days of each production, the parties will meet and confer on the issues remaining in the case.

3. If the parties have not resolved the outstanding issues in the case following the Third Production, the parties shall submit a status report for the Court on these issues and any other outstanding issues no later than 30 days after the third and final production of responsive, non-exempt records.

4. If a motion for summary judgment is necessary, Defendant shall file their Motion for Summary Judgment no later than 60 days from the date of the Final Production, accompanied by any Vaughn indices and search declarations not yet produced.

5. The Plaintiffs' Response and Cross-Motion for Summary Judgment shall be due no later than 30 days from the date of the Defendant's Motion for Summary Judgment.

6. The Defendant's Reply and Response shall be due no later than 21 days following Plaintiff's Response and Cross-Motion for Summary Judgment.

7. Plaintiff's Reply shall be due no later than 21 days following Defendant's Response.

Respectfully submitted,

DEFENDANT
By its attorneys

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Brian Meskill_____
J. Brian Meskill (ct29611)
Assistant United States Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 779-5373
Email: Brian.Meskill@usdoj.gov

PLAINTIFFS

/s/ Michael J. Wishnie_____
Hillary Browning, Law Student Intern*
Tracy Valdez, Law Student Intern*
Michael J. Wishnie (ct27221)
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT. 06520-9090
Tel: (203) 432-4800
Email: Michael.Wishnie@ylsclinics.org

*Motion for law student intern appearance forthcoming.