UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT VETERANS LEGAL CENTER and STRONGHOLD FREEDOM FOUNDATION,<br><br>　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>DEPARTMENT OF DEFENSE,<br><br>　　　　*Defendant*. | No. 3:23-cv-00408-KAD<br><br>June 4, 2024 |

### MOTION *NUNC PRO TUNC* FOR LEAVE TO FILE PLAINTIFFS' RULE 56(d) CROSS-MOTION AFTER THE COURT'S DEADLINE

Plaintiffs, Connecticut Veterans Legal Center (CVLC) and Stronghold Freedom Foundation (SFF) file this motion seeking permission *nunc pro tunc* for leave to file their Rule 56(d) Cross-Motion, Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and supporting declarations and exhibits, twenty-two minutes after the Court's deadline without first seeking permission of the Court. The undersigned apologizes for the error. Plaintiffs emailed counsel for the Defendant but received an out-of-office message and were unable to ascertain Defendant's position on this motion.

Plaintiffs' aforementioned filings constituted thirty-seven separate documents. When counsel for Plaintiffs attempted to file these documents in advance of the deadline, they experienced significant processing issues with the Public Access to Court Electronic Records (PACER) and Case Management/Electronic Case Files (CM/ECF) systems. These delays resulted in Plaintiffs' inadvertent late filing of these documents twenty-two minutes after the Court's deadline.

Plaintiffs respectfully request leave, *nunc pro tunc*, to file Plaintiffs' Rule 56(d) Cross-motion, Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and supporting declarations and exhibits on June 4, 2023, at 12:22 AM ET.

Dated: June 4, 2024

                                                    Respectfully submitted,

By: /s/ Michael J. Wishnie
Hillary Browning, Law Student Intern
Isabel Gensler, Law Student Intern
Bill Kerin, Law Student Intern
Caroline Piskurich, Law Student Intern*
Douglas Smits, Law Student Intern*
Michael Sullivan, Law Graduate
Natalia Friedlander, ct31510
Michael Wishnie, ct27221

Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT. 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Plaintiffs*

*Motion for law student intern appearance forthcoming.