**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT VETERANS LEGAL CENTER and STRONGHOLD FREEDOM FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:23-cv-00408-KAD<br><br>November 10, 2026 |

**JOINT STATUS REPORT**

On March 31, 2026, this Court issued an order granting in part and denying in part Defendant's Motion for Summary Judgment and granting in part and denying in part Plaintiffs' Rule 56(d) Cross-Motion. ECF No. 65. As explained in this Court's April 2, 2026 decision, the Court denied Defendant's motion as to the adequacy of searches by four units of the U.S. Department of Defense (DCPH-A, CENTOM, SOCOM, and OSD), as well as to the withholdings of names and ranks of officials under FOIA Exemption 6. The Court also granted Plaintiffs' motion in part so as to permit limited discovery as to the adequacy of Defendant's searches. ECF No. 66. On October 19, 2026, this Court ordered that the parties file a joint status report on or before November 10, 2026, as to the ongoing review and production of records pursuant to this Court's April 2, 2026 decision. ECF No. 69.

Plaintiffs and Defendant (together, the "Parties") jointly state as follows:

1. Defendant has made a supplemental release to Plaintiffs disclosing the names, ranks, titles, and other non-identifying qualifications of officials previously withheld under FOIA Exemption 6.
2. For SOCOM and OSD, the Court ordered that Defendant may submit a clarifying affidavit to the Court from SOCOM regarding the nature and scope of the search; the locations searched; and the search terms used, and why. The Court also ordered that Defendant may submit additional, supplemental affidavits to the Court describing, in detail and consistent with the decision, OSD's search. Defendant is readying affidavits for submission to the Court, if necessary.
3. Plaintiffs have completed the three depositions allowed by this Court. Plaintiffs deposed Ms. Debra Bonsall and Mr. John Kolivosky as to the adequacy of the search of DCPH-A records, and they deposed Ms. Amanda Walburn as to the adequacy of the search of CENTCOM records.
4. Plaintiffs have proposed settlement terms to Defendant and the Parties are actively engaged in negotiating a resolution of this action.

The Parties respectfully request that the Court accept this Joint Status Report.

Dated: November 10, 2026

**PLAINTIFFS**,

CONNECTICUT VETERANS LEGAL CENTER,
STRONGHOLD FREEDOM FOUNDATION

By Their Attorneys:

/s/______________
Ashley Anderson, ct32022
Michael J. Wishnie, ct27221
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT. 06520-9090
Tel: (203) 432-4800
ashley.anderson.aha34@ylsclinics.org

Renée M. Mihail, ct32155
Matthew S. Blumenthal, ct30448
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 446-4421
Fax: (203) 368-3244
rmihail@koskoff.com

*Counsel for Plaintiffs*

**DEFENDANT**,
DEPARTMENT OF DEFENSE
By Its Attorneys:

/s/_________________

J. Brian Meskill, ct29611
Assistant United States Attorney
450 Main St., Suite 328
Hartford, CT 06103
Tel: (860) 760-7966
Fax: (203) 779-5373
Brian.Meskill@usdoj.gov